UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWN BESSARD

VERSUS

OMEGA PROTEIN INC.,

CIVIL ACTION

NO. 07-6103

SECTION: I/1

### ORDER

It appears to the Court that the subject matter of the above-captioned matter is related to that of Civil Action No. 06-9026, which was assigned to Section "E" and Division "3" of this Court.

**IT IS ORDERED** that the above-captioned cause be transferred to Section "E" and Division "3" of this Court pursuant to Local Rule 3.1E.

New Orleans, Louisiana, this ____1st____ day of October, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

OCT - 2 2007
TRANSFERRED TO
SECT. E  MAG. 3

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____